## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR162 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| RODNEY ANTHONY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the defendant Rodney Anthony (Anthony) for release from detention (Filing No. 16).  Anthony seeks release to the third-party custody of his mother with electronic surveillance monitoring and outpatient substance abuse treatment.  Anthony has a substantial criminal history to include failure to appear.  He is charged with an offense committed while he was on supervised release. Anthony allegedly associated with gang members when he was on supervised release and is identified as a gang member by the Omaha Police Department.  Having considered the submission by Anthony in his motion for release and the Pretrial Services Report, the court finds the proposed release conditions would not reasonably assure the safety of the community or Anthony's presence for further proceedings.  His motion for release (Filing No. 16) is denied.

**IT IS SO ORDERED.**

DATED this 1st day of August, 2013.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge