IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:13CR162 |
| | ) | |
| v. | ) | |
| | ) | |
| RODNEY ANTHONY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on plaintiff's motion to seal (Filing No. 43). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. Its motion shall be sealed, pending further order of the Court.

DATED this 17th day of December, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court