# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>RODNEY ANTHONY,<br><br>                  Defendant. | **8:13CR162**<br><br>**ORDER** |

Defendant Rodney Anthony appeared before the court on November 28, 2017 on a Petition for Warrant or Summons for Offender Under Supervision [59]. The defendant was represented by Deborah D. Cunningham, and the United States was represented by Assistant U.S. Attorney Nancy A. Svoboda. The government did not request detention, therefore, the defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Chief Judge Laurie Smith Camp.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Chief Judge Laurie Smith Camp in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on January 11, 2018, at 10:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 28th day of November, 2017.

                                              BY THE COURT:

                                              s/ Susan M. Bazis<br>
                                              United States Magistrate Judge